IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARIO BERNARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br>Defendant. | :<br>:<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  No. 21-3605<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 17th day of May, 2022, upon review of Defendant's Motion to Dismiss, Plaintiff's opposition thereto, and Defendant's reply, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss for Failure to State a Claim (Docket No. 3) is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED** with prejudice; and

3. The Clerk shall **CLOSE** this case.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.